UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIEN L. BREWER,

    Petitioner,                                        Case No. 1:05-cv-118

v                                                            Hon. Wendell A. Miles

JOHN CASON,

    Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      On September 20, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Damien L. Brewer's petition for writ of habeas corpus be denied.  Petitioner has filed objections to the R & R.  The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having considered petitioner's objections, agrees with the recommended disposition contained in the R & R.  Judgment will therefore be entered accordingly.

      Entered this 31st day of October, 2006.

                                                                              /s/ Wendell A. Miles
                                                                             Wendell A. Miles
                                                                             Senior U.S. District Judge