UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIEN L. BREWER,

    Petitioner,                                    Case No. 1:05-cv-118

v                                                     Hon. Wendell A. Miles

JOHN CASON,

    Respondent.
_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 31st day of October, 2006.

                                                                        /s/ Wendell A. Miles
                                                                        Wendell A. Miles
                                                                        Senior U.S. District Judge